B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

In re ___Vernon J Silacci_____,      Case No. ___11-10124___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | Capital One, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    eCAST Settlement Corporation
    c/o Bass & Associates, P.C.
    3936 E Ft. Lowell, Suite 200
    Tucson, AZ 85712

Court Claim # (if known): __6__
Amount of Claim: __6041.74__
Date Claim Filed: __05/23/2011__

Phone: __(520) 577-1544 (Servicer)__
Last Four Digits of Acct #: __7746__

Phone: __(520) 577-1544 (Servicer)__
Last Four Digits of Acct. #: __7746__

Transferor Address:
Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
Tucson, AZ 85712

Name and Address where transferee payments should be sent (if different from above):
    eCAST Settlement Corporation
    PO Box 7247-6971
    Philadelphia, PA 19170-6971

Phone: __(520) 577-1544 (Servicer)__
Last Four Digits of Acct #: __7746__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Jaime Watkins__      Date: __4/17/2013__
Transferee/Transferee's Agent

Authorized Representative
Bass & Associates, P.C.
3936 E Ft. Lowell Rd, Suite 200
Tucson, AZ 85712
(520) 577-1544
ecf@bass-associates.com

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*